UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMICKO MURRAY McIVER,

        Plaintiff,

-against-

DORIS MURRAY-COMER,

        Defendant.

20-CV-10538 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

    Plaintiff if proceeding *pro se* and *in forma pauperis.* By order dated February 8, 2021, the Court directed Plaintiff to file an amended complaint within sixty days. (ECF 5.) That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Instead, Plaintiff submitted a letter asking how to submit exhibits in this case and in two other cases she previously filed that are no longer pending in this Court. *See McIver v. Genesa Home Care Agency*, ECF 1:20-CV-10530, 2 (S.D.N.Y. Dec. 17, 2020) (transferring complaint to the Northern District of New York); *McIver v. Genesa Home Care Agency*, ECF 1:20-CV-6071, 2 (S.D.N.Y. Aug. 10, 2020) (same). Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice for failing to comply with the Court's February 8, 2021 order.

    In that order, the Court noted Plaintiff's history of vexatious litigation, and warned her that further nonmeritorious litigation in this Court may result in an order barring her from filing new actions *in forma pauperis* without prior permission. *See* 28 U.S.C. § 1651. That warning remains in effect.

## CONCLUSION

The complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice for failing to comply with the Court's February 8, 2021 order.

Plaintiff has consented to electronic service. (ECF 1 at 8.)

SO ORDERED.

Dated: April 23, 2021
       New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.