UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMICKO MURRAY-McIVER,

                Plaintiff,

-against-

DORIS MURRAY-COMER,

                Defendant.

20-CV-10538 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued April 23, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    Plaintiff has consented to electronic service. (ECF 1 at 8.)

SO ORDERED.

Dated:    April 23, 2021
             New York, New York

                                                *Louis L. Stanton*
                                                 Louis L. Stanton
                                                     U.S.D.J.